[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 400.]

THE STATE EX REL. STINSON, APPELLANT, *v.* YOUNGSTOWN OSTEOPATHIC HOSPITAL ET AL., APPELLEES.

[Cite as *State ex rel. Stinson v. Youngstown Osteopathic Hosp.*, 1998-Ohio-41.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 97-2684—Submitted August 19, 1998—Decided October 21, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD10-1323.

————————————

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski* and *Steven L. Paulson*, for appellant.

*Manos, Pappas & Stefanski Co., L.P.A.*, and *Leonard J. Pappas*, for appellee Youngstown Osteopathic Hospital.

*Betty D. Montgomery*, Attorney General, and *Laurel Blum Mazorow*, Assistant Attorney General, for appellee Industrial Commission.

————————————

**{¶ 1}** The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————